# Third District Court of Appeal

## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0778
Lower Tribunal No. F19-11887
_____

**Lorenzo L. Jimenez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Yolande M. Samerson, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.